JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS MONTRAS MONTAGUE, JR., | ) | CASE NO. ED CV 17-1166-SJO (PJW) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| STAN SNIFF, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Granting Joint Stipulation For Voluntary Dismissal With Prejudice,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: July 15, 2019.

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\stephenmontes\AppData\Local\Temp\notes95E17C\Judgment.wpd